**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

HAYWOOD LILES,                )
                              )
                              )
            Petitioner,       )
                              )       Case: 1:15-cv-01423
                              )       Assigned To : Unassigned
        v.                    )       Assign. Date : 8/31/2015
                              )       Description: Pro Se Gen. Civil
MURIEL BOWSER, *et al.*,       )
                              )
            Respondents.      )
                              )

## MEMORANDUM OPINION

This matter is before the Court on the petitioner's application to proceed *in forma pauperis* and his *pro se* petition for a writ of mandamus. The Court will grant the application and dismiss the petition.

The petitioner seeks a writ of mandamus to compel the respondents to issue him a District of Columbia driver's license. *See* Pet. at 1-2. "The extraordinary writ of mandamus is available to compel an '*officer or employee of the United States or any agency thereof* to perform a duty owed to plaintiff,' 28 U.S.C. § 1361 (emphasis added), and the Court therefore has no authority to compel the Mayor of the District of Columbia or the remaining respondents to provide the relief petitioner requests. *See Powell v. Washington Teachers Union*, 968 F. Supp. 2d 267, 267 (D.D.C. 2013) (dismissing mandamus petition, because "the Court . . . cannot compel either the Washington Teachers Union or the Chancellor of the District of Columbia Public Schools to provide the relief petitioner demands").

3

The petition for a writ of mandamus will be dismissed for lack of subject matter jurisdiction. An Order accompanies this Memorandum Opinion.

DATE: _____          _____
                                 United States District Judge